```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 09312
  KEVIN V RAY
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
  SSN XXX-XX-0633


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/16/08 .

   2.  The case was dismissed without confirmation, 06/27/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG       .00            .00            .00
       Summary of disbursements:
------------------------------------------------------------------------
                SECURED     PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00        .00          .00         .00
PRINCIPAL PAID        .00        .00        .00          .00         .00
INTEREST PAID         .00        .00        .00          .00         .00
TOTAL PAID            .00        .00        .00          .00         .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $       .00
and was paid $      .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .




                                   /S/
     Dated: 09/11/08             GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
  CASE NO. 08 B 09312 KEVIN V RAY
```